OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.26⁵ JAN 15 2015

PITNEY BOWES

1/14/2015
PINKSTON, ERIK CHRISTIAN

Tr. Ct. No. C-372-010156-0815417-A
WR-81,741-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RTS
Disch.

ERIK CHRISTIAN PINKSTON
- TDC # 1894998